FILED
CLERK, U.S. DISTRICT COURT
11/5/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL JAMES LAFRANCE,<br>Defendant. | No. 5:25-cr-00183(B)-JLS<br><u>SECOND SUPERSEDING INFORMATION</u><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 1512(k): Conspiracy to Tamper with a Witness] |

The United States of America charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 6, 2025, in Riverside County, within the Central District of California, defendant PAUL JAMES LAFRANCE knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 477.3 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[18 U.S.C. § 1512(k)]

Beginning on a date unknown, and continuing through on or about September 28, 2026, in Los Angeles County, within the Central District of California, defendant PAUL JAMES LAFRANCE, and others known and unknown, conspired and agreed with each other to knowingly threaten physical force against Witness-1 with the intent to influence, delay, and prevent the testimony of Witness-1 in an official proceeding, namely, the criminal case of United States v. Paul James LaFrance, Case No. 5:25-cr-00183(A)-JLS, in violation of Title 18, United States Code, Section 1512(b)(1).

FOFEITURE ALLEGATION

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of Count One as set forth in this Second Superseding Information.

2. Any defendant so convicted shall forfeit to the United States of America the following:

a. All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

b. All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

c. All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

d. To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted, shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold

to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

SEBASTIAN BELLM
Assistant United States Attorney
General Crimes Section

LOGAN L. PAGE
Assistant United States Attorney
General Crimes Section