UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CR 25-00183(B)-JLS | Date | November 5, 2026 |

| | |
|---|---|
| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Interpreter | n/a |

| | | |
|---|---|---|
| Kelly Davis | Laura Elias | Sebastian Bellm, Logan Page |
| *Courtroom Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Paul James LaFrance | X | X | | Anne Carney, DFPD | X | | X |
| | | | | James Threett, DFPD | X | | X |

**PROCEEDINGS: ARRAIGNMENT ON SECOND SUPERSEDING INFORMATION and CHANGE OF PLEA**

X Defendant is arraigned on the Second Superseding Information.

X Defendant is sworn and waiver of defendant’s constitutional rights is taken.

X Defense counsel joins in waiver of defendant’s constitutional rights.

X Defendant moves to change plea to the Second Superseding Information.

X Defendant sworn, and states true name as charged.

X Defendant enters new and different plea of GUILTY to Counts 1 and 2 of the Second Superseding Information.

X The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X The Court further ORDERS the Plea Agreement incorporated into this proceeding.

X The Court refers the defendant to the Probation Office for investigation and pre-sentencing report, and the matter is continued to **FEBRUARY 4, 2027 at 10:30 a.m.** for sentencing. Further, sentencing position papers are to be filed with the Court no later than two (2) weeks before the date of sentencing, including service on the assigned U.S. Probation Officer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

X The Status Conference and Jury Trial dates are ordered VACATED.

X The Motion in Limine Requesting Order Setting a Discovery Cut-Off and Excluding Any Discovery Produced After the Deadline filed by Deft Lafrance [93], the Motion in Limine to Exclude Physical Drug Evidence filed by Deft Lafrance [94], and the Motion in Limine to Admit Evidence of Defendant Selling the Same Controlled Substance from the Same Property on Several Prior Occasions Pursuant to Rule 404(b) filed by Plaintiff USA [95] are denied as moot.

___ : 26/26

Initials of Deputy Clerk kd