FILED
CLERK, U.S. DISTRICT COURT
NOV - 5 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>PAUL JAMES LAFRANCE<br>DEFENDANT | CASE NUMBER: 5:25-CR-00183-JLS<br>**WAIVER OF INDICTMENT** |

I, PAUL JAMES LAFRANCE, the above-named defendant, who is accused of POSSESSION OF ~~#~~ WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND CONSPIRACY TO COMMIT WITNESS TAMPERING, in violation of 21 U.S.C. 841(a)(1), 18 U.S.C. 1512(K), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __________, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

11/4/26
*Date*

[signature]
*Defendant*

11/4/26
*Date*

[signature]
*Counsel for Defendant*

11/5/26
*Date*

Before: [signature]
*Judicial Officer*

If the defendant does not speak English, complete the following:

I, __________, am fluent in written and spoken English and __________ languages. I accurately translated this Waiver of Indictment from English to __________ for defendant __________ on this date.

*Date*

*Interpreter*